**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MITZI PADILLA, personally and as the**
**special administrator of the estate of**
**Jeremy Dale Adams**                                                                **PLAINTIFF**

**CASE NO. 2:24-cv-00771-BSM**

**DWIGHT MCINTURFF;**
**SHERIFF RODNEY WRIGHT;**
**and SALINE COUNTY SHERIFF'S OFFICE**                              **DEFENDANTS**

<u>**MOTION TO DISMISS SALINE COUNTY SHERIFF'S OFFICE**</u>

Come now Separate Defendant, Saline County Sheriff's Office, through Undersigned

Counsel, and moves for the dismissal of the Plaintiff's Complaint as against Purported Defendant

"Saline County Sheriff's Office," as follows:

1.      Plaintiff filed his Complaint in the instant case on or about September 11, 2024,

naming as a Defendant the "Saline County Sheriff's Office."

2.      Under controlling law, a "Sheriff's Office" is not a "person" amenable to suit under

42 U.S.C. §1983 and certainly not as a defendant separate and apart form the County itself (which

is also a Defendant herein). A brief in support is filed contemporaneously herewith.

WHEREFORE, Defendants respectfully requests the dismissal of purported Defendant

"Saline County Sheriff's Office."

Respectfully submitted,

*Saline County Sheriff's Office*
*Separate Defendant*

<u>Michael A. Mosley</u>

Michael A. Mosley
Ark. Bar. No. 2002099
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1312 W. Oak Street
Conway, Arkansas 72034
Telephone: (501) 764-4334
Telefax: (501) 764-9173
email: mosley@jowenslawfirm.com