IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MITZI PADILLA, personally and as the
special administrator of the estate of
Jeremy Dale Adams                                                                                    PLAINTIFF

CASE NO. 4:24-cv-00771-BSM

DWIGHT MCINTURFF;
SHERIFF RODNEY WRIGHT;
and SALINE COUNTY SHERIFF'S OFFICE
DEFENDANTS

**MOTION TO DISMISS SALINE COUNTY SHERIFF'S OFFICE**

Come now Separate Defendant, Saline County Sheriff's Office, through Undersigned Counsel, and moves for the dismissal of the Plaintiff's Complaint as against Purported Defendant "Saline County Sheriff's Office," as follows:

1. Plaintiff filed his Complaint in the instant case on or about September 11, 2024, naming as a Defendant the "Saline County Sheriff's Office."

2. Under controlling law, a "Sheriff's Office" is not a "person" amenable to suit under 42 U.S.C. §1983 and certainly not as a defendant separate and apart form the County itself (which is also a Defendant herein). A brief in support is filed contemporaneously herewith.

WHEREFORE, Defendants respectfully requests the dismissal of purported Defendant "Saline County Sheriff's Office."

Respectfully submitted,

*Saline County Sheriff's Office*
*Separate Defendant*

<u>Michael A. Mosley</u>
Michael A. Mosley
Ark. Bar. No. 2002099
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1312 W. Oak Street
Conway, Arkansas 72034
Telephone: (501) 764-4334
Telefax: (501) 764-9173
email: mosley@jowenslawfirm.com