IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

MITZI PADILLA, PERSONALLY, AND
AS THE SPECIAL ADMINISTRATOR OF
THE ESTATE OF JEREMY DALE ADAMS                                    PLAINTIFF

VS.                        NO.   2:24-cv-00771-BSM

DWIGHT MCINTURFF, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS AN EMPLOYEE
OF THE SALINE COUNTY SHERIFF'S OFFICE;
RODNEY WRIGHT, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS THE SALINE COUNTY
SHERIFF; AND THE SALINE COUNTY
SHERIFF'S OFFICE                                                          DEFENDANTS

## RESPONSE TO MOTION TO DISMISS
## SALINE COUNTY SHERIFF'S OFFICE

Comes the Plaintiff, Mitzi Padilla, personally, and as the special administrator of the estate of Jeremy Dale Adams, and for her response, states:

1. That Plaintiff intended to file suit against Saline County, Arkansas. Plaintiff made a mistake in naming Saline County Sheriff's Office.

2. Plaintiff would request the Court sua sponte substitute Saline County, Arkansas for the Saline County Sheriff's Office.

3. In the alternative, Plaintiff requests permission to file an amended complaint to substitute Saline County, Arkansas and remove Saline County Sheriff's Office.

WHEREFORE, Plaintiff requests this Court deny the Defendants' motion to dismiss, sua sponte substitute Saline County, Arkansas for the Saline County Sheriff's Office, or in the alternative, grant Plaintiff permission to file an amended complaint to substitute Saline County, Arkansas and remove Saline County Sheriff's Office, and for all other proper relief.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com