IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

MITZI PADILLA, PERSONALLY, AND
AS THE SPECIAL ADMINISTRATOR OF
THE ESTATE OF JEREMY DALE ADAMS                                    PLAINTIFF


VS.                            NO.   2:24-cv-00771-BSM

DWIGHT MCINTURFF, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS AN EMPLOYEE
OF THE SALINE COUNTY SHERIFF'S OFFICE;
RODNEY WRIGHT, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS THE SALINE COUNTY
SHERIFF; AND THE SALINE COUNTY
SHERIFF'S OFFICE                                                   DEFENDANTS


## BRIEF IN SUPPORT OF RESPONSE TO MOTION TO DISMISS SALINE COUNTY SHERIFF'S OFFICE

Comes the Plaintiff, Mitzi Padilla, personally, and as the special administrator of the estate of Jeremy Dale Adams, and for her brief in support of response to motion to dismiss Saline County Sheriff's Office, states:

This Court as a matter of law can sua sponte substitute Saline County, Arkansas for Saline County Sheriff's Office. In the alternative, Plaintiff requests that she be allowed to file an amended complaint to substitute Saline County, Arkansas for Saline County Sheriff's Office.

Defendant is not prejudiced. This case was recently filed.

WHEREFORE, Plaintiff requests this Court deny the Defendants' motion to dismiss, sua sponte substitute Saline County, Arkansas for the Saline County Sheriff's Office, or in the alternative, grant Plaintiff permission to file an amended complaint to substitute Saline County, Arkansas and remove Saline County Sheriff's Office, and for all other proper relief.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com