**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MITZI PADILLA, personally and as the**
**special administrator of the estate of**
**JEREMY DALE ADAMSD**                                                    **PLAINTIFF**


**CASE NO. 4:24-cv-00771-BSM**

**DWIGHT MCINTURFF, Individually and**
**In his Official Capacity as an employee**
**Of the Saline County Sheriff's Office;**
**RODNEY WRIGHT, Individually and in his**
**Official Capacity as the Saline County**
**Sheriff; Saline County, Arkansas**                                     **DEFENDANTS**

## MOTION FOR SUMMARY JUDGMENT

Come now the Defendants, Dwight McInturff and Sheriff Rodney Wright, in their individual and official capacities, and Saline County, Arkansas (referred to collectively herein as the "Defendants"), and for their Motion for Summary Judgment, do state the following:

1.      The Plaintiff, personally and as the Special Administrator of the Estate of Jeremy Dale Adams, sued Defendants alleging false arrest under 42 U.S.C. § 1983. Doc. No. 12, p. 5. Next, Plaintiff sues for excessive force under the Fourth Amendment by and through Section 1983, claiming that the use of force as to the Decedent was unlawful. *Id*. at p. 6. Next, Plaintiff sues the County for a purported *Monell* claim and alleges that McInturff's actions were pursuant to policies and procedures of Sheriff Wright. *Id*. at p. 8. Specifically, Plaintiff asserts a failure-to-supervise claim against the County. *Id*. Plaintiff states a parallel claim under the Arkansas Civil Rights Act and state common law torts of assault and outrage, and a statutory claim for wrongful death. Defendants answered, denied all wrongdoing, and asserted numerous defenses.

2.      For the reasons set forth in the accompanying brief in support and statement of facts, including exhibits, which are all adopted and incorporated by reference herein, as if set forth

1

word for word, the Defendants are entitled to qualified immunity and summary judgment as a matter of law.

WHEREFORE, the Defendants respectfully request that they be granted qualified immunity, statutory immunity, and summary judgment as a matter of law and that the Plaintiff's Complaint be dismissed.

Respectfully submitted,

DWIGHT MCINTURFF and
RODNEY WRIGHT, Individually and in
their Official Capacities, Saline County, Arkansas
*Separate County Defendants*


Michael A. Mosley
Ark. Bar No. 2002099
OWENS & PARKER LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1160 Markham St., Ste. 2
Conway, Arkansas 7203
Telephone: (501) 764-4334
Telefax: (501) 764-9173
Email: mosley@jowenslawfirm.com

2