FRM:noreplycad@scsosheriff.org
MSG:8983 WASSON LN SALINE COUNTY;MISSY MCGEA;5015169846;;;;13:31:45;TERRORISTIC THREAT;;AL:1;;CALLERS (Con't) 2 of 2 BROTHER WAS THREATING THE CALLER WAS SAYING THAT HE WAS GONNA BUST THE WINDOWS OUT OF CALLERS VEH(End)

The sender is not in your contact list

Report Junk



EXHIBIT

1



EXHIBIT

2

# (2) 911 audio calls



EXHIBIT 3



EXHIBIT 4

NAME: ADAMS, Jeremy Dale

NO: 1662-23

# LABORATORY RESULTS

**TOXICOLOGY:**

Jeremy Adams:
Heart blood

Volatile

| | | |
|---|---|---|
| Acetone | not detected | |
| Ethanol | 0.074 g% | (± 0.004 g%) |
| Isopropanol | not detected | |
| Methanol | not detected | |

Immunoassay

| | |
|---|---|
| Amphetamines | negative |
| Barbiturates | negative |
| Benzodiazepines | positive |
| Buprenorphine | negative |
| Cannabinoids | positive |
| Cocaine Metabolite | negative |
| Dextromethorphan | negative |
| Fentanyl | negative |
| Generic Opioids | negative |
| Meprobamate | negative |
| Methadone | negative |
| Methamphetamines | positive |
| Opiates | negative |
| Oxycodone | negative |
| PCP | negative |
| Tramadol | negative |
| Tricyclic antidepressants | negative |
| Zolpidem | negative |

General Toxicology

| | |
|---|---|
| Methamphetamine (LC-MS) | present |
| Amphetamine (LC-MS) | present |
| Etomidate (LC-MS) | present |

Confirmatory testing has not been performed for the positive immunoassay drug class(es): Cannabinoids.
Confirmatory testing was performed and the following drug classes were not confirmed: Benzodiazepines.
Note: Reported measurement uncertainties define an interval having a level of confidence of at least 95%.



EXHIBIT
5

9 Page Report/Page 8

ASCL Official Copy - Do Not Duplicate