**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MITZI PADILLA, personally and as the**
**special administrator of the estate of**
**JEREMY DALE ADAMS**                                                          **PLAINTIFF**

**CASE NO. 4:24-cv-00771-BSM**

**DWIGHT MCINTURFF, Individually and**
**In his Official Capacity as an employee**
**Of the Saline County Sheriff's Office;**
**RODNEY WRIGHT, Individually and in his**
**Official Capacity as the Saline County**
**Sheriff; Saline County, Arkansas**                                        **DEFENDANTS**

**Exhibit Placeholder**

**Exhibit H: Video**

**To be filed conventionally with the Court Clerk**