IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MITZI PADILLA, personally and as the
special administrator of the estate of
JEREMY DALE ADAMS                                                    PLAINTIFF

CASE NO. 4:24-cv-00771-BSM

DWIGHT MCINTURFF, Individually and
In his Official Capacity as an employee
Of the Saline County Sheriff's Office;
RODNEY WRIGHT, Individually and in his
Official Capacity as the Saline County
Sheriff; Saline County, Arkansas                                     DEFENDANTS

## AFFIDAVIT OF COUNTY JUDGE MATT BRUMLEY

STATE OF ARKANSAS        )
                         )   SS:
COUNTY OF SALINE         )

Comes now County Judge Matt Brumley, and states, upon oath and on personal knowledge (except where expressly indicated), the following:

1.      My name is Matt Brumley. I am the County Judge of Saline County, Arkansas.

2.      Saline County does not carry any liability insurance that would cover any claim made in *Padilla v. McInturff* et al., Case No. 4:24-cv-00771-BSM, Eastern District of Arkansas. Saline County is a member of the Association of Arkansas Counties Risk Management Fund (AACRMF) (a separate legal entity from the Association of Arkansas Counties, a statutorily created county advocacy organization), which provides non-insurance coverage for certain constitutional and civil rights claims, but expressly excludes and precludes all claims for tort, negligence and negligent conduct of any kind.

1

3. The AACRMF is not insurance as various courts have held. *Hearnsberger v. Bradley County*, Case No. 06-CV-1081, 1007 WL 2350287 (W.D. Ark. Aug. 16, 2007); *Estate of Rodriguez by Castillo v. Union County*, Case No. 1:23-CV-1006, 2024 WL 3553281 (W.D. Ark. July 26, 2024).

Matt Brumley
Saline County Judge

12-04-2025
Date

On this _4th_ day of December, 2025, before me, the undersigned Notary Public, personally appeared **Saline County Judge Matt Brumley**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF I hereunto set my hand and official seal.

Notary Public

My commission expires:

01-01-2035
(S E A L)

