### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MITZI PADILLA**                                                                          **PLAINTIFF**
**Personally and as the special administrator**
**of the estate of Jeremy Dale Adams**

**v.**                          **CASE NO. 4:24-CV-00771-BSM**

**DWIGHT McINTURFF,** *et al.*                                         **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, Padilla's federal law claims are dismissed

with prejudice, and her state law claims are dismissed without prejudice.

IT IS SO ORDERED this 19th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE